# EXHIBIT B

| CaseSearch | Circuit Court of Maryland |
|---|---|

## Case Information

Court System: **Circuit Court For Garrett County - Civil**
Location: **Garrett Circuit Court**
Case Number: **C-11-CV-23-000177**
Title: **Brandon Roane vs. Garrett Regional Medical Center**
Case Type: **Tort - Negligence**
Filing Date: **11/20/2023**
Case Status: **Open**

## Involved Parties Information

### Resident Agent

Name: **Boucot, Mark**
Address: **251 N. 4th Street**
City: **Oakland**   State: **MD**   Zip Code: **21550-1375**

### Defendant

Name: **Garrett Regional Medical Center**
Address: **251 N. 4th Street**
City: **Oakland**   State: **MD**   Zip Code: **21550-1375**

### Plaintiff

Name: **Roane, Brandon**
Address: **681 Sweitzer Town Rd**
City: **Swanton**   State: **MD**   Zip Code: **21561**

*Attorney(s) for the Plaintiff*

Name: **Abraham, Arnold**
Appearance Date: **11/20/2023**
Address Line 1: **The CyberLaw Group**
Address Line 2: **220 North Liberty Street**
City: **BALTIMORE**   State: **MD**   Zip Code: **21201**

Name: **MENHART, ERIC JAMES**
Appearance Date: **12/20/2023**

## Document Information

File Date: **11/20/2023**
Document Name: **Complaint / Petition**

| | |
|---|---|
| Comment: | **Class Action Complaint &amp; Jury Trial Demand** |
| File Date: | **11/20/2023** |
| Document Name: | **Case Information Report Filed** |
| Comment: | **CIR for P** |
| File Date: | **11/20/2023** |
| Document Name: | **Summons Issued (Service Event)** |
| Comment: | **(e-filed)** |
| File Date: | **11/20/2023** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Summons** |
| File Date: | **12/20/2023** |
| Document Name: | **Attorney Appearance - No Fee** |
| Comment: | **Attorney Appearance of Eric Menhart** |
| File Date: | **12/20/2023** |
| Document Name: | **Affidavit - Service** |
| Comment: | **Affidavit of Service on GRMC** |

## Service Information

| Service Type | Issued Date |
|---|---|
| **Summons Issued** | **11/20/2023** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*



CIRCUIT COURT FOR GARRETT COUNTY
MARYLAND
203 S. 4th Street; P O Box 447
Oakland, Maryland 21550
Phone: 301-334-1937
Fax: 301-334-5017

Civil: 301-334-1043
Criminal: 301-334-1942
Domestic: 301-334-1935
Fiscal: 301-334-1944
Foreclosure/Trust: 301-334-5016
Juvenile/Adoption: 301-334-1987
Land: 301-334-1941
TTY for Deaf dial MD Relay 711

**To:** GRMC, INC., DBA
GARRETT REGIONAL MEDICAL CENTER
SERVE ON REGISTERED AGENT:
MARK BOUCOT
251 N. 4TH STREET
OAKLAND, MD 21550-1375

**Case Number:** C-11-CV-23-000177
**Other Reference Number(s):**
**Child Support Enforcement Number:**

**BRANDON ROANE VS. GARRETT REGIONAL MEDICAL CENTER**

Issue Date: 11/20/2023

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

BRANDON ROANE
681 Sweitzer Town Rd
Swanton, MD 21561

This summons is effective for service only if served within 60 days after the date it is issued.

William L. Bittinger
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Brandon Roane vs. Garrett Regional Medical Center

**Circuit Court for Garrett County**
Case Number: C-11-CV-23-000177

# SHERIFF'S RETURN
(please print)

To: GARRETT REGIONAL MEDICAL CENTER

_____ ID# _____ of the _____
    Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
                Name of person served

on _____ at _____
   Date of service              Location of service

_____ by _____ with the following:
                 Manner of service

☐ Summons      ☐ Counter-Complaint
☐ Complaint      ☐ Domestic Case Information Report
☐ Motions      ☐ Financial Statement
☐ Petition and Show Cause Order      ☐ Interrogatories
☐ Other _____
         Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address      ☐ No such address
☐ Address not in jurisdiction      ☐ Other _____
                                                              Please specify

Sheriff fee: $ _____ ☐ waived by _____

_____ _____
   Date      Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).