# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Brandon Lee Roane     *

**Plaintiff,**

    *

v.     Case No. 1:24-cv-00141

GRMC, Inc.     *

**Defendant.**     *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Plaintiff, Brandon Lee Roane

I certify that I am admitted to practice in this Court.

January 17, 2024
Date

_[Signature]_
Signature

Robert W. Murphy, VA Bar #96230
Printed name and bar number

440 Premier Cir., #240 Charlottesville VA 22901
Address

rwmurphy@lawfirmmurphy.com
Email address

(434)328-3100
Telephone number

(434)328-3101
Fax number