IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRANDON ROANE<br><br>v.<br><br>GARRETT REGIONAL MEDICAL CENTER | Case No. 1:24-cv-00141-SAG |

### ENTRY OF APPEARANCE

Kindly enter the appearance of undersigned on behalf of Plaintiff Brandon Roane.

\* \* \*

Respectfully submitted,

/s/Eric J. Menhart
Eric J. Menhart
Lexero Law
512 C St NE
Washington, D.C. 20002
Phone: 855-453-9376
Fax: 855-453-9376

### CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, a copy of the foregoing was delivered via the Court's Electronic Case Filing system.

/s/ Eric Menhart
Eric J. Menhart