IN THE UNITED STATES DISTRICT COURT
FORT THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRANDON LEE ROANE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRMC, INC., doing business as Garrett Regional Medical Center,<br><br>Defendant. | Case No. 1:24-cv-00141<br><br>Judge Stephanie A. Gallagher |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

    The Court, having reviewed and considered the Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and good cause appearing for the same, the Motion is hereby **GRANTED**. Defendant's deadline to answer or otherwise respond to the Complaint is extended up to and including March 8, 2024.

**IT IS SO ORDERED**.


Date: _____
                                                                                UNITED STATES DISTRICT JUDGE