IN THE UNITED STATES DISTRICT COURT
FORT THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRANDON LEE ROANE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRMC, INC., doing business as Garrett Regional Medical Center,<br><br>Defendant. | Case No. 1:24-cv-00141-SAG<br><br>Judge Stephanie A. Gallagher |

**DEFENDANT'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Defendant GRMC, Inc., by and through its counsel, hereby files this Statement of Corporate Affiliation and Financial Interest pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3 of the Rules of the United States District Court for the District of Maryland, stating as follows:

1. Defendant GRMC, Inc. is a non-profit, non-stock, tax-exempt corporation organized and existing pursuant to the laws of the State of Maryland.

2. West Virginia United Health System, Inc.—a West Virginia nonprofit corporation—is the sole member of GRMC, Inc.

3. Defendant GRMC, Inc. is not aware of any other corporations, unincorporated associations, partnerships or other business entities not parties to this case that may have a financial interest in the outcome of this litigation.

Dated: January 19, 2024

**BAKER & HOSTETLER LLP**

By: */s/ Gilbert S. Keteltas*
Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Ave N.W., Suite 1100
Washington, DC 20036-5403
T: 202.861.1530
F: 202.861.1783
E: gketeltas@bakerlaw.com

*Attorney for Defendant GRMC, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing and all attached documents were filed electronically on January 19, 2024. Notice of this filing will be sent to all parties registered on this Court's ECF system by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ *Gilbert S. Keteltas*
        Gilbert S. Keteltas
        BAKER HOSTETLER LLP
        1050 Connecticut Ave N.W., Suite 1100
        Washington, DC 20036-5403
        T: 202.861.1530
        F: 202.861.1783
        E: gketeltas@bakerlaw.com

        *Attorney for Defendant GRMC, Inc*