IN THE UNITED STATES DISTRICT COURT
FORT THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRANDON LEE ROANE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRMC, INC., doing business as Garrett Regional Medical Center,<br><br>Defendant. | Case No. 1:24-cv-00141<br><br>Judge Stephanie A. Gallagher |

**DEFENDANT'S STANDING ORDER 2021-13 REMOVAL STATEMENT**

In response to the Court's Standing Order 2021-13, Defendant GRMC, Inc. ("Defendant") hereby states as follows:

1. Defendant was served with Plaintiff' Complaint on December 15, 2023.

2. Defendant is a citizen of Maryland.

3. Defendant timely removed on January 16, 2024. *See* Fed. R. Civ. P. 6 (a)(1)(C).

4. The state court action was not commenced more than one year before removal.

5. There are no other defendants named in the state court action.

Dated: January 22, 2024

Respectfully Submitted,

*/s/ Gilbert S. Keteltas*
Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Ave N.W., Suite 1100
Washington, DC 20036-5403
T: 202.861.1530
F: 202.861.1783
E: gketeltas@bakerlaw.com

*Attorney for GRMC, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Gilbert S. Keteltas*
Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Ave N.W., Suite 1100
Washington, DC 20036-5403
T: 202.861.1530
F: 202.861.1783
E: gketeltas@bakerlaw.com

*Attorney for GRMC, Inc.*
