## IN THE UNITED STATES DISTRICT COURT
## FORT THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRANDON LEE ROANE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRMC, INC., doing business as Garrett Regional Medical Center,<br><br>Defendant. | Case No. 1:24-cv-00141-SAG |

## CERTIFICATION OF FILING STATE COURT DOCKET

Pursuant to Local Rule 103.5(a), Defendant GRMC, Inc. hereby files as Exhibit A true and legible copies of all documents on file in the Garrett County Circuit Court that were not attached to Defendant's Notice of Removal.

Dated: February 12, 2024

**BAKER & HOSTETLER LLP**

By: */s/ Gilbert S. Keteltas*
Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Ave N.W., Suite 1100
Washington, DC 20036-5403
T: 202.861.1530
F: 202.861.1783
E: gketeltas@bakerlaw.com

*Attorney for Defendant GRMC, Inc.*

## **CERTIFICATION BY COUNSEL**

     I, Gilbert S. Keteltas, hereby certify that all filings in the state court action have now been filed in the United States District Court for the District of Maryland.

                                                      /s/ *Gilbert S. Keteltas*
                                                      Counsel for Defendant GRMC, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing and all attached documents were filed electronically on February 12, 2024, and served on all counsel of record.

*/s/ Gilbert S. Keteltas*
*Attorney for Defendant GRMC, Inc.*
