IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRANDON LEE ROANE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRMC, INC., doing business as Garrett Regional Medical Center<br><br>Defendant. | Case No. 1:24-cv-00141-SAG<br><br>Judge Stephanie A. Gallagher |

### ORDER ON MOTION TO REMAND OR, IN THE ALTERNATIVE, MOTION FOR JURISDICTIONAL DISCOVERY

THIS CAUSE having come on before the Court on the Plaintiff's Motion to Remand or, in the Alternative, Motion for Jurisdictional Discovery [DE -   ] ("Motion to Remand") directed to the Notice of Removal [DE -   ] filed herein by Defendant, GRMC, Inc. ("GRMC"), and the Court having considered the record before it and the argument of counsel, it is

ORDERED and ADJUDGED:

1. The Motion to Remand is and the same is and the same is granted.

2. The instant action is hereby remanded to the Circuit Court, in and for Garrett County, Maryland.

**DONE AND ORDERED** in Chambers on February ____, 2024 in Baltimore, Maryland.

_____
STEPHANIE A. GALLAGHER
United States District Judge