### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRANDON LEE ROANE | * | |
| v. | * | Civil Action No. SAG-24-141 |
| GRMC, Inc. | * | |

\* \* \* \* \* \* \* \* \* \*

### ORDER

This Court has reviewed Plaintiff's Motion to Remand, ECF 11, and Defendant's correspondence regarding the transfer of this case to MDL proceedings, ECF 12. Defendant is correct that this Court lacks jurisdiction to adjudicate Plaintiff's Motion at the present juncture. As a result, the motion, ECF 11, is administratively terminated without prejudice to its refiling if this case is transferred back to this Court at the conclusion of MDL proceedings.

February 29, 2024  
Date

/s/  
Stephanie A. Gallagher  
United States District Judge