# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: MOVEIT CUSTOMER DATA SECURITY
BREACH LITIGATION
    Roane v. GRMC, Inc., )
        D. Maryland, C.A. No. 1:24-00141 )     MDL No. 3083

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Roane*) on January 19, 2024. Prior to expiration of that order's 7-day stay of transmittal, plaintiff *Roane* filed a notice of opposition to the proposed transfer order. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-27" filed on January 19, 2024, is LIFTED. This action is transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Allison D. Burroughs.

                                         FOR THE PANEL:

                                         Tiffaney D. Pete
                                         Clerk of the Panel



Certified to be a true and
correct copy of the original
Robert M. Farrell, Clerk
U.S. District Court
District of Massachusetts

By: _____
     Deputy Clerk

Date: 4/17/2024